MINNIE B. EDWARDS, Respondent, *v.* FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Edwards* v. *Fidelity & Casualty Co. of New York,* 175 App. Div. 913, affirmed.

(Argued December 13, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 25, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of accident insurance. The complaint alleged that on the 15th day of March, 1909, one Austin M. Edwards obtained a policy of insurance from the defendant which insured him against " bodily injuries " sustained by him " through accidental means, and resulting directly, independently and exclusively of all other causes " in death, and against blood poisoning resulting from bodily injury sustained through accidental means; that on or about January 14, 1915, the said Edwards

became afflicted with blood poisoning, resulting directly from a bodily injury, consisting of a cut or abrasion of the skin at the back of his neck, sustained through accidental means, and resulting directly, independently and exclusively of all other causes in his death. The answer admitted the issuance of the policy, and the death of the insured, but denied that death was caused by bodily injury sustained through accidental means, and resulting directly, independently and exclusively of all other causes, or that blood poisoning resulted directly from bodily injury within the meaning of the policy.

*Carlton E. Ladd* for appellant.

*Irving W. Cole* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.